# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Christopher See,<br><br>**Plaintiff,**<br><br>vs.<br><br>Illinois Gaming Board; Mark Ostrowski;<br>Karen Weathers; Mark Fuesting; Frank Spizziri;<br>Frank Contreras; William Doster; Sean Brannon,<br><br>**Defendants.** | Case Number: 17-cv-4050 |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff takes nothing by his complaint and action is dismissed. This case is closed.

Dated: 7/1/19

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court